IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE LEE STEWART,

Petitioner,

v.

JEFFREY SMITH, et al.,

Respondents.

No. 3:10-CV-799

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 3rd day of March, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 35) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 35) is **ADOPTED**.

(2) Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED**.

(3) A Certificate of Appealability will not be issued.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge